Rev. 1/2006

# FOR CALENDAR YEAR 2005

*(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>McManus, Edward J | **2. Court or Organization**<br><br>U.S. District Court IAND | **3. Date of Report**<br><br>03/30/2006 |

**4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**

Senior Judge

**5a. Report Type (check appropriate type)**

☐ Nomination,    Date

☐ Initial    ☒ Annual    ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**

01/01/2005
to
12/31/2005

**7. Chambers or Office Address**

101 First Street SE
Suite 329
Cedar Rapids, Iowa 52401

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____    Date_____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 2. | |
| 4. | |
| 5. | |

RECEIVED 2005 APR 17 A II: 03 FINANCIAL DISCLOSURE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 2. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Ins. Mun.Tr. Fd 16 (IM-IT) | A | Interest | J | T | | | | | |
| 2. Wells Fargo | A | Interest | L | T | | | | | |
| 3. Puerto Rico CM MB (9/14/94) | A | Interest | J | T | | | | | |
| 4. Maytag (CS) | A | Dividend | K | T | sell | 07/19 | J | B | |
| 5. Vanguard Group LT Tax-Ex Fund, n/k/a Admiral Fund | D | Dividend | M | T | | | | | |
| 6. Coca-Cola (CS) | A | Dividend | J | T | | | | | |
| 7. IBM (CS) | A | Dividend | K | T | | | | | |
| 8. New Corp. Ltd. (CS) | A | Dividend | J | T | sell | 09/08 | J | H2 | |
| 9. BR MB (07/06/95) | A | Interest | J | T | | | | | |
| 10. BR MB (04/01/96) | A | Interest | K | T | | | | | |
| 11. BR MB 04/01/96 | C | Interest | J | T | | | | | |
| 12. BR MB (4/1/96) | A | Interest | J | T | | | | | |
| 13. Vanguard - 500 Index | A | Interest | J | T | | | | | |
| 14. Vanguard Tax-Ex MM Fund | A | Dividend | K | T | | | | | |
| 15. Wells Fargo (CS) | A | Dividend | J | T | | | | | |
| 16. McLeodUSA (CS) | A | None | J | T | sell | 09/07 | J | A | |
| 17. BR MB (05/01/99) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BR MB (05/01/99) | A | Interest | J | T | | | | | |
| 19. Attune, Inc. (CS) | | None | J | T | | | | | |
| 20. Edward Jones Money Market | A | Interest | J | T | | | | | |
| 21. Iowa Financial Auth Hosp (8/11/00) | A | Interest | J | T | | | | | |
| 22. Puerto Rico Housing Finance (12/7/00) | A | Interest | J | T | | | | | |
| 23. BR MB (11/01/01) | A | Interest | J | T | | | | | |
| 24. Puerto Rico CW Hwy & Transp (4/5/01) | A | Interest | J | T | | | | | |
| 25. BR MB (1/3/02) | A | Interest | J | T | | | | | |
| 26. BR MB (4/19/02) | A | Interest | J | T | | | | | |
| 27. BR MB (5/8/02) | A | Interest | J | T | | | | | |
| 28. IA Higher Educ Loan Authority | A | Interest | J | T | | | | | |
| 29. Puerto Rico Indl Tourist (12/19/02) | A | Interest | J | T | | | | | |
| 30. Van Kampen Focus Trust 335 (CS) | A | Dividend | J | T | | | | | |
| 31. Vanguard Infl. Protec. Fund | A | Dividend | J | T | | | | | |
| 32. Vanguard Wellesley Inc Fund | A | Dividend | J | T | | | | | |
| 33. Vanguard Wellington | A | Dividend | J | T | | | | | |
| 34. Cash Management Trust (CS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Exxon Mobil Corp. (CS) | A | Dividend | J | T | | | | | |
| 36. Cedar Rapids Iowa | A | Dividend | J | T | | | | | |
| 37. Puerto Rico CW | A | Dividend | J | T | | | | | |
| 38. Vanguard Interm Term | A | Dividend | J | T | | | | | |
| 39. Univ of Iowa Credit Union (X) | A | Interest | K | T | new account | 09/30 | K | | |
| 40. BR MM 7/1/28 (X) | A | Interest | J | T | purchase | 02/07 | J | | |
| 41. General Electric (CS) (X) | A | Dividend | J | T | purchase | 09/15 | J | | |
| 42. Microsoft Corp (CS) (X) | A | Dividend | J | T | purchase | 05/02 | J | | |
| 43. Tax Exempt Money Fund of America (X) | A | Dividend | J | T | purchase | 01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___3 - 2 7-06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544